William Reid, Plaintiff-Appellant, v. Lucille A. Reid, Defendant-Appellee.

Gen. No. 48,536.    (Abstract of Decision.)

First District, First Division.

August 27, 1962.

Kitsos & Kitsos, of Chicago (Hermes C. Kitsos and Nicholas T. Kitsos, of counsel), for appellant; Friedman, Armstrong, Donnelly & Friedman, of Chicago, for appellee. Opinion by MR. PRESIDING JUSTICE BURMAN. Not to be published in full.